VITO MARRARO, Doing Business as PLAZA PHARMACY, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 33758.) — Decision of this court, handed down January 17, 1962 (*ante*, p. 707), amended as follows: Judgment reversed, on the law and the facts, and judgment granted to the claimant for the sum of $7,565, with costs. Settle order. Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ., concur.